**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
XAVIER PEREZ,

                       Plaintiff,                            19 **CIVIL** 9099 (KMK)(JCM)

       -v-                                        **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,
                           Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated September 23, 2020, that this action be, and

hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C.

§ 405(g), for further administrative proceedings.

**Dated:**  New York, New York
        September 23, 2020

                                    **RUBY J. KRAJICK**
                                 _____
                                      **Clerk of Court**
               **BY:**       *K. Mango*
                                    _____
                                      **Deputy Clerk**